JESSE L. WHITEMAN, Respondent, *v.* WARING S. WEED et al., Appellants.

Reported below, 50 App. Div. 622.
(Submitted December 17, 1900; decided December 21, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1900, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the exceptions taken at the trial were frivolous; that no question of law is involved and that the action is for damages for a breach of contract for services, and the decision of the Appellate Division is final and cannot be reviewed by this court.

*S. M. Norton* for motion.

*Ernest F. Kruse* opposed.

Motion denied, with ten dollars costs.

---

FREDERICK HINCKEL, Appellant, *v.* JENNIE B. STEVENS, Respondent.

(Submitted December 17, 1900; decided December 21, 1900.)

Motion for reargument denied, with ten dollars costs. (See 165 N. Y. 171.)